12224. CATES, adm'x, *v.* BANKERS HEALTH & LIFE INSURANCE COMPANY.

LUKE, J. An administratrix cannot maintain a suit on an insurance policy upon the life of her intestate, where the policy names a beneficiary. Accordingly, in this case, the policy not being payable to the decedent's estate, it was not error for the court to dismiss the action. See, in this connection, *Cason* v. *Owens*, 100 *Ga.* 142 (28 S. E. 75), and *Perry* v. *Tweedy*, 128 *Ga.* 402 (57 S. E. 782, 119 Am. St. R. 393, 11 Ann. Cas. 46).

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., disqualified.*
DECIDED JUNE 14, 1921.

Appeal; from Richmond superior court — Judge Henry C. Hammond. January 19, 1921.

*Timothy S. Lyons,* for plaintiff.
*Archibald Blackshear,* for defendant.